**FREUDENBERG–NOK GENERAL PARTNERSHIP, Plaintiff–Appellant,**

v.

**BASF CORPORATION, Defendant–Appellee.**

No. 02–1215.

United States Court of Appeals, Federal Circuit.

April 16, 2002.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).